UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 15-9275-JAK (KK)**                                         Date: **January 14, 2016**

Title: **David Moore, M.D. v. Samuel D. Ingham III, et al.**
=============================================================
**DOCKET ENTRY: Order to Show Cause Why Case Should Not Be Dismissed Due To Failure to Pay Filing Fee**
=============================================================
PRESENT:

      **HON. KENLY KIYA KATO, MAGISTRATE JUDGE**

   Deb Taylor          n/a
   Deputy Clerk         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:
  None present            None present

**PROCEEDINGS: (IN CHAMBERS)**

  On December 1, 2015, Plaintiff, proceeding pro se, filed a complaint for "Violation of 5th Amendment Procedural Due Process Rights, Abuse of Process, Injunctive Relief, Ancillary Relief, [and] Conspiracy."  See ECF Docket No. ("dkt.") 1.  On December 9, 2015, the Court denied without prejudice Plaintiff's request to proceed in forma pauperis.  Dkt. 8.

  Plaintiff has not paid the mandatory filing fee, and is hereby ordered to show cause why this action should not be dismissed without prejudice for failure to timely pay the full filing fee.

  Plaintiff may file a response to this Order to Show Cause no later than **twenty-one (21) days of the date of this Order.**  Failure to file a response within the time specified will be deemed consent to the dismissal without prejudice of this action.  If the full filing fee is received within the twenty-one (21) day period, no further response to this Order is necessary.

MINUTES FORM 11               Initials of Deputy Clerk dts
CIVIL-GEN