JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE, MD,<br><br>            Plaintiff,<br>    v.<br>SAMUEL D. INGHAM, III, et al.,<br><br>            Defendants. | Case No. CV 15-9275-JAK (KK)<br><br>MEMORANDUM AND ORDER DISMISSING ACTION |

On December 1, 2015, David Moore, MD ("Plaintiff"), who is at liberty and proceeding pro se, filed a Complaint pursuant to 42 U.S.C. § 1983 ("Complaint") with a Request to Proceed In Forma Pauperis. ECF Docket Nos. ("Dkt.") 1, 2. On December 9, 2015, the Court denied Plaintiff's Request to Proceed In Forma Pauperis without prejudice. Dkt. 8.

On January 14, 2016, the Court issued an Order to Show Cause Why Case Should Not Be Dismissed Due To Failure To Pay Filing Fee ("OSC") directing Plaintiff to pay the full filing fee, or file a response to the OSC within twenty-one (21) days. Dkt. 12. The Court explicitly warned Plaintiff that failure to respond to the OSC would result in dismissal without prejudice of the action. Id.

The time to respond to the OSC has now passed and Plaintiff has not paid the mandatory filing fee, or otherwise responded.

1  IT IS THEREFORE ORDERED the action is DISMISSED without
2  prejudice. No further filings shall be accepted under this case number.
3
4
5  DATED: 2/12/16
6
7  _____
8  HONORABLE JOHN A. KRONSTADT
   UNITED STATES DISTRICT JUDGE
9
10
11 Presented by:
12 _____
   Kenly Kiya Kato
13 United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28