JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOORE, M.D., | Case No. CV 15-9275-JAK (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| SAMUEL D. INGHAM, III, et al., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 2, 2016

HONORABLE JOHN A. KRONSTADT
United States District Judge